Matthew Charles Elstein
1110 S. Catalina Ave, No. 204
Redondo Beach, CA 90277
Tel: (760) 277-7741
Fax: (213) 289-2853
matt.elstein@gmail.com

*In Pro Per*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of | Case No.: 2:19-ad-00129-VAP |
| Matthew Charles Elstein | |
| California State Bar # 174400 | **RESPONSE TO ORDER TO SHOW CAUSE** |

Matthew Charles Elstein respectfully responds to the Court's April 18, 2019 Order to Show Cause as follows:

Mr. Elstein was not suspended by the California State Bar from the practice of law. Rather, Mr. Elstein was "Ordered Inactive" by the California State Bar as of March 1, 2019. The State Bar website reflects this status. http://members.calbar.ca.gov/fal/Licensee/Detail/174400. Nevertheless, Mr. Elstein does not contest the imposition of a suspension by the United States District Court for the Central District of California.

Respectfully submitted,

Dated: May 21, 2019        */s/ Matthew Charles Elstein*

Matthew Charles Elstein, *In Pro Per*

RESPONSE TO ORDER TO SHOW CAUSE

1