UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of | CASE NO. 19-ad-00129-VAP |
| Matthew Charles Elstein | ORDER OF SUSPENSION |
| California State Bar No. 174400 | |

On April 18, 2019, the Court issued an Order to Show Cause why Respondent Matthew Charles Elstein should not be suspended from the Bar of this Court pursuant to Local Rule 83-2, as a result of the State Bar of California placing him in involuntary inactive status effective March 1, 2019. Respondent filed a written response to the Order to Show Cause on May 21, 2019. The response does not contest the imposition of reciprocal discipline.

IT IS THEREFORE ORDERED that Respondent is hereby suspended from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

As provided by Local Rule 83-3.2.4, the attorney suspended by this Order will be reinstated to the Bar of this Court upon proof of his reinstatement as an active member in good standing with the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: May 31, 2019

_____
CHIEF UNITED STATES DISTRICT JUDGE